UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PETER LOUIS MESHIGAUD,

    Defendants.
_____/

Case No. 2:14-cr-02

HON. R. ALLAN EDGAR

## ORDER OF DETENTION

Defendant appeared before the undersigned on January 29, 2014, for arraignment on an indictment charging Domestic Assault - Habitual Offender. At that time, the court indicated the defendant was not eligible for release as he is currently in the custody of the State of Michigan on tribal charges. Defendant reserved the right to request a detention hearing at a later date should his status change. He shall be detained pending further proceedings.

    IT IS SO ORDERED.

Date: February 3, 2014

                                    /s/ Timothy P. Greeley
                                    TIMOTHY P. GREELEY
                                    United States Magistrate Judge